No. 436. C. F. EASTON, RECEIVER, ETC., PLAINTIFF IN ERROR, *v.* THE CHICAGO HOTEL COMPANY ET AL. In error to the District Court of the United States for the Western District of Washington. Motion to dismiss submitted November 10, 1913. Decided November 17, 1913. *Per Curiam.* Dismissed for want of jurisdiction on the authority of *United States* v. *Congress Construction Co.,* 222 U. S. 199; *Fore River Shipbuilding Co.* v. *Hogg,* 219 U. S. 195; *Louisville Trust Co.* v. *Knott,* 191 U. S. 225; *Smith* v. *McKay,* 161 U. S. 355. *Mr. Stephen A. Keenan* for the

plaintiff in error.  *Mr. Chas. W. Dorr, Mr. Aldis B. Browne, Mr. Alexander Britton* and *Mr. Evans Browne* for the defendants in error.